# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| CITY OF PHILADELPHIA AND SCHOOL DISTRICT OF PHILADELPHIA | : No. 358 EAL 2014 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from the |
| v. | : Order of the Commonwealth Court |
| | : |
| | : |
| | : |
| TAX REVIEW BOARD OF THE CITY OF PHILADELPHIA TO THE USE OF SAMUEL COOK | : |
| | : |
| | : |
| | : |
| | : |
| PETITION OF: SAMUEL COOK | : |

## ORDER

**PER CURIAM**

 **AND NOW**, this 18th day of November, 2014, the Petition for Allowance of Appeal is **DENIED**.